UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M.H.                                      ,

          Plaintiff,

     v.

Uber Technologies, Inc, et al.          ,

          Defendant.

Case No.  3:23-cv-05569-CRB

**MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER**: ORDER

On behalf of (party name) Plaintiff M.H.                        , the following attorney(s)

     (1) move(s) to substitute as counsel of record,

     (2) certify they are members in good standing of this Court's bar,

     (3) attest to the consent of current counsel to be withdrawn, and

     (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

William A. Levin (CA State  Bar No. 98592), Samira J. Bokaie (CA State Bar No. 332782)
Levin Simes LLP

Name(s) of counsel withdrawing from representation and firm name:

Tracey B. Cowan, Ryan J. Clarkson,
Clarkson Law Firm, P.C.

Date: 6/8/2026

**[~~PROPOSED~~] ORDER**

     The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date:   June 5, 2026

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE